IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
HUNTINGTON DIVISION

TYRONE HARLESS,

        Plaintiff,

v.                                                               Civil Action No.: 3:17-cv-03430
                                                              Honorable Robert C. Chambers

SYNCHRONY BANK,

        Defendant.

## JOINT NOTICE OF SETTLEMENT

        Plaintiff Tyrone Harless and Defendant Synchrony Bank, by their respective counsel hereby notify the Court that all claims asserted in this civil action have been resolved by agreement of the parties. The parties anticipate submitting a proposed order of dismissal to the Court in the next 60 days.

        Respectfully submitted this 25th day of July, 2017.

*/s/Benjamin M. Sheridan*_____
Benjamin M. Sheridan (WV Bar No. 11296)
Klein & Sheridan, LC
3566 Teays Valley Road
Hurricane, WV 25526
(304) 562-7111
(304) 562-7115 (fax)
bsheridan@kswvlaw.com
        *Counsel for Plaintiff*

*/s/M. David Griffith, Jr.*_____
M. David Griffith, Jr. (WV Bar No. 7720)
THOMAS COMBS & SPANN, PLLC
P. O. Box 3824
Charleston, WV  25338-3824
Phone: (304) 414-1800
Fax: (304) 414-1801
dgriffith@tcspllc.com
        *Counsel for Defendant*

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
HUNTINGTON DIVISION

TYRONE HARLESS,

    Plaintiff,

v.                                          Civil Action No.: 3:17-cv-03430
                                            Honorable Robert C. Chambers

SYNCHRONY BANK,

    Defendant.

## CERTIFICATE OF SERVICE

      I, M. David Griffith, Jr., counsel for Defendant Synchrony Bank, hereby certify that on the 25th day of July, 2017, I served the foregoing "**JOINT NOTICE OF SETTLEMENT**" upon all counsel of record identified below using the CM/ECF system:

                                          Benjamin M. Sheridan, Esq.
                                          bsheridan@kswvlaw.com
                                              *Counsel for Plaintiff*

                                             */s/M. David Griffith, Jr.*
                                             M. David Griffith, Jr. (WV Bar No. 7720)
                                             THOMAS COMBS & SPANN, PLLC
                                             300 Summers Street, East, Suite 1380
                                             P. O. Box 3824
                                             Charleston, WV  25338
                                             Tel:  304.414.1800
                                             Fax:  304.414.1801