IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
HUNTINGTON DIVISION

TYRONE HARLESS,

    Plaintiff,

v.                                          Civil Action No.: 3:17-cv-03430
                                            Honorable Robert C. Chambers

SYNCHRONY BANK,

    Defendant.

## ORDER OF DISMISSAL

On this day came the parties to this action, by and through their respective counsel of record, and jointly moved, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, to dismiss the above-captioned civil action with prejudice.

For good cause and there being no objection, it is hereby **ORDERED** that the above-captioned civil action and all claims asserted by any of the parties are hereby **DISMISSED WITH PREJUDICE** and stricken from the docket of the Court, with each of the parties to bear their own respective costs and attorney fees.

The Clerk is directed to transmit copies of this Order to all counsel of record.

ENTER:     8/21    , 2017

_____
Robert C. Chambers
United States District Judge

**AGREED TO BY:**

/s/Benjamin M. Sheridan
Benjamin M. Sheridan (WV Bar No. 11296)
Klein & Sheridan, LC
3566 Teays Valley Road
Hurricane, WV  25526
Phone: (304) 562-7111
bsheridan@kswvlaw.com
  *Counsel for Plaintiff*


/s/M. David Griffith, Jr.
Bryant J. Spann (WV Bar No. 8628)
M. David Griffith, Jr. (WV Bar No. 7720)
Joseph K. Merical (WV Bar No. 11646)
THOMAS COMBS & SPANN, PLLC
P. O. Box 3824
Charleston, WV  25338-3824
Phone: (304) 414-1800
Fax: (304)414-1801
bspann@tcspllc.com
dgriffith@tcspllc.com
jmerical@tcspllc.com
        *Counsel for Defendant*